IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3115 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ZUBIN NOSHIRE PUNDOL, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 7th day of March, 2008, at the hour of 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

January 14, 2008.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge