IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3115 |
| | ) | |
| v. | ) | |
| | ) | |
| ZUBIN NOSHIR PUNDOL, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

At the request of Mr. Pundol, and for good cause shown,

IT IS ORDERED that Bureau of Prisons is respectfully requested to allow the defendant to self-surrender immediately.

DATED this 21st day of July, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge