IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3115 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ZUBIN NOSHIR PUNDOL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion for release of cash bond (filing 48) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.

August 19, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge